Mark Q. GRAYSON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 585, 2015

Supreme Court of Delaware.

Submitted: February 26, 2016
Decided: May 16, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID Nos. 1205001056, 1208019525

AFFIRMED.

■

Patrick SWIER, M.D. and Patrick
Swier, M.D., P.A., Defendants
Below, Appellants,

v.

Patricia A. MCLEOD, Plaintiff
Below, Appellee.

No. 77, 2016

Supreme Court of Delaware.

Submitted: March 11, 2016
Decided: May 17, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. S12C–07–004

DISMISSED.

Jack BUTLER, Jr.,[1] Petitioner
Below, Appellant,

v.

Jessica Lynn EVANS, Respondent
Below, Appellee.

No. 601, 2015

Supreme Court of Delaware.

Submitted: February 26, 2016
Decided: May 17, 2016

Court Below—Family Court of State of Delaware in and for New Castle County, File No. CN14–04998, Pet. No. 15–04870.

AFFIRMED.

■

Curtis FINNEY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 522, 2015

Supreme Court of Delaware.

Submitted: April 1, 2016
Decided: May 27, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1308007988

GRANTED.

1. By Order dated November 5, 2015, the Court sua sponte assigned pseudonyms to the parties. Del. Supr. Ct. R. 7(d).